

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL BYRNES SMITH,<br><br>      Defendant. | CR No. CR19-0792-SVW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2242(2)(B): Sexual Abuse and Attempted Sexual Abuse; 18 U.S.C. §§ 2244(b): Abusive Sexual Contact] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2242(2)(B)]

On or about June 24, 2019, within the special maritime and territorial jurisdiction of the United States, on a foreign vessel during a voyage departing from and returning to Long Beach, California, in Los Angeles County, within the Central District of California, defendant MICHAEL BYRNES SMITH, a national of the United States, knowingly engaged in, and attempted to engage in, a sexual act, as defined in Title 18, United States Code, Sections 2246(2)(A), (B), and (C), with VICTIM 1, a national of the United States, who at

//

the time was incapable of declining participation in, and communicating unwillingness, to engage in a sexual act.

COUNT TWO

[18 U.S.C. §§ 2244(b)]

On or about June 24, 2019, within the special maritime and territorial jurisdiction of the United States, on a foreign vessel during a voyage departing from and returning to Long Beach, California, in Los Angeles County, within the Central District of California, defendant MICHAEL BYRNES SMITH, a national of the United States, knowingly engaged in sexual contact, as defined in Title 18, United States Code, Section 2246(3), with VICTIM 1, a national of the United States, without VICTIM 1's permission, by intentionally touching, through direct contact, VICTIM 1's genitalia, groin, and buttocks, with the intent to abuse, humiliate, harass, degrade, and arouse, and gratify defendant SMITH's sexual desire.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
AMY E. POMERANTZ
Assistant United States Attorneys
Violent & Organized Crime Section