1

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. CR 19-792-SVW

13          Plaintiff,               ORDER CONTINUING TRIAL DATE AND
                                     FINDINGS REGARDING EXCLUDABLE
14               v.                  TIME PERIODS PURSUANT TO SPEEDY
                                     TRIAL ACT
15  MICHAEL BYRNES SMITH,

16          Defendant.               **[PROPOSED] TRIAL DATE: [10-05-21]**

17                                   **[PROPOSED] PRETRIAL CONFERENCE:**
                                                                **[09-27-21]**
18

19

20      The Court has read and considered the Stipulation Regarding

21  Request for (1) Continuance of Trial Date and (2) Findings of

22  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23  parties in this matter.  The Court hereby finds that the Stipulation,

24  which this Court incorporates by reference into this Order,

25  demonstrates facts that support a continuance of the trial date in

26  this matter, and provides good cause for a finding of excludable time

27  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from February 2, 2021 to October 5, 2021.

2.    The time period of February 2, 2021 to October 5, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Defendant shall appear in Courtroom 10A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 5, 2021 at 9:00 a.m. for trial and on September 27, 2021 at 11:00 a.m. for the pretrial conference.  The briefing for all motions shall be as follows:  motions due by August 23, 2021, oppositions due by September 7, 2021, and replies due by September 14, 2021. The motions shall be heard at the final pretrial conference on September 27, 2021.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 29, 2020
_____
DATE

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE